NO. 07-03-0546-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

FEBRUARY 13, 2004

_____

BETTY ANN NEWBY, APPELLANT

V.

SHERIA EVANS, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE
ESTATE OF GEORGE RALPH NEWBY, JR., DECEASED; DAN MOSER
INDIVIDUALLY AND AS TRUSTEE FOR MOSER AND STUBBLEFIELD
INVESTMENTS; MOSER INVESTMENTS , APPELLEES

_____

FROM THE 84TH DISTRICT COURT OF HUTCHINSON COUNTY;

NO. 35,150; HONORABLE JACK YOUNG, JUDGE

_____

Before JOHNSON, C.J., and QUINN and CAMPBELL, JJ.

**MEMORANDUM OPINION**

On December 30, 2003, the clerk of this court received a copy of a Notice of Appeal
filed on behalf of appellant Betty Ann Newby. By letter dated January 5, 2004, the clerk
advised appellant that a filing fee had not been received, see TEX. R. APP. P. 5, nor had a
docketing statement been filed. See TEX. R. APP. P. 32.1. The clerk's letter likewise

advised that no further action would be taken on the appeal by this Court until a filing fee had been paid and that failure to pay the filing fee may result in dismissal of the appeal. See TEX. R. APP. P. 42.3.

The filing fee was not paid.  By letter dated January 22, 2004, the clerk advised counsel for appellant that the filing fee had still not been paid, and that unless the filing fee was received on or before February 2, 2004, the appeal would be subject to dismissal.

The filing fee has not been paid.  Accordingly, this appeal is dismissed.  TEX. R. APP. P. 42.3.

Phil Johnson
Chief Justice